In the Matter of SALEH A. AHMED, Appellant, v DAVID H. YIN et al., Respondents.

Submitted January 5, 2015; decided February 19, 2015

Motion, insofar as it seeks leave to appeal from the November 2014 Appellate Division order, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Judges STEIN and FAHEY taking no part.

SUSAN ARANOFF, Respondent, v GERALD ARANOFF, Appellant.

Submitted January 12, 2015; decided February 19, 2015

Motion for reargument of motion for leave to appeal denied [see 24 NY3d 1063 (2014)].

Judges STEIN and FAHEY taking no part.